# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARTIN CENTENO,
                    Appellant,
vs.
U.S. BANK NATIONAL, N.A., N/K/A
U.S. BANK, N.A.; AND NATIONAL
DEFAULT SERVICING
CORPORATION,
                    Respondents.

No. 75867

**FILED**

JUL 02 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
    DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a February 7, 2017, "Civil Order to Statistically Close Case," and two oral orders of the district court closing the case. Eighth Judicial District Court, Clark County; David M. Jones, Judge.

Our review of the notice of appeal and documents before this court reveals jurisdictional defects. An order to statistically close a case is not substantively appealable. *Brown v. MHC Stagecoach*, 129 Nev. 343, 346-47, 301 P.3d 850, 852-53 (2013). Further, the oral orders of the district court closing the case are ineffective and substantively unappealable. *See id.; State, Div. Child & Fam. Services*, 120 Nev. 445, 451-54, 92 P.3d 1239, 1243-45 (2004). Because no statute or court rule authorizes an appeal from the challenged orders, *Brown*, 129 Nev. at 345 P.3d at 851 (this court may only consider appeals that are authorized by court rule or statute), we conclude that we lack jurisdiction and we

ORDER this appeal DISMISSED.

_____ , J.
Cherry

_____ , J.          _____ , J.
Parraguirre                   Stiglich

18-24901

cc: Hon. David M. Jones, District Judge
Martin Centeno
Ballard Spahr LLP/Las Vegas
Eighth District Court Clerk